| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------x<br>IN RE:<br><br>WACHIRAPORN NAJAROEN,<br><br>                            Debtor.<br>-----------------------------------------------------x | TF-0014/MK<br>October 8, 2025<br>9:00 AM<br><br>Case No. 25-22108-CGM<br><br>Hon. CECELIA G. MORRIS<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Cecelia G. Morris, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 8th day of October, 2025 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

      Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
        September 19, 2025

                                                /s/ *Thomas C. Frost*
                                                THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                                399 KNOLLWOOD ROAD, STE 102
                                                WHITE PLAINS, NY 10603
                                                (914)328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>WACHIRAPORN NAJAROEN,<br><br>                       Debtor.<br>------------------------------------------------x | TF-0014/MK<br>October 8, 2025<br>09:00 AM<br><br>Case No: 25-22108-CGM<br><br>Hon. CECELIA G. MORRIS<br><br>**APPLICATION** |

TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:

      THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on February 7, 2025 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 6 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $200.00.

3. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5), unless loss mitigation is successful.

4. Furthermore, the Debtor has failed to:

    a. provide the Trustee with copies of monthly operating reports each month; and

    b. provide the Trustee with copies of filed 2020, 2021, 2022 & 2023 federal and state tax returns and refunds, if any.

5. Counsel for Debtor is respectfully requested to file a claim for the balance of the attorney retainer fees sought pursuant to the Plan.

6. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

      WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       September 19, 2025

                                                                                     /s/ *Thomas C. Frost*
                                                                                     Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x   Case No: 25-22108-CGM
IN RE:

  WACHIRAPORN NAJAROEN,

**CERTIFICATE OF SERVICE
BY MAIL**

                     Debtor.
-------------------------------------------------------x

       This is to certify that I, GENT GRISHAJ, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

WACHIRAPORN NAJAROEN
42 SNOWDROP DRIVE
NEW CITY, NY 10956-6339

H. BRUCE BRONSON, JR, ESQ.
BRONSON LAW OFFICES PC
480 MAMARONECK AVENUE
HARRISON, NY 10528

STEVEN K EISENBERG, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976

SUZANNE YOUSSEF, ESQ.
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
900 MERCHANTS CONCOURSE
SUITE 310
WESTBURY, NY 11590

RAQUEL FELIX, ESQ.
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
900 MERCHANTS CONCOURSE
STE 310
WESTBURY, NY 11590

This September 19, 2025

/s/GENT GRISHAJ
GENT GRISHAJ, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 25-22108-CGM
Hon. CECELIA G. MORRIS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------------------------------
IN RE:

WACHIRAPORN NAJAROEN,

                Debtor.


**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**


**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**