**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                                                  Chapter   13
   Wachiraporn Najaroen                                                         Case No.   25-22108-cgm
                                  Debtors.
-----------------------------------------------------------------x

# CREDITOR LOSS MITIGATION AFFIDAVIT

I, Suzanne Youssef, Esq., affirm as follows:

On September 22, 2025, I served a true copy of this *"Creditor Loss Mitigation Affidavit"*[1] upon the following parties via (first class mail, facsimile, CM/ECF or email) at the following addresses: Debtor's counsel, H. Bruce Bronson, Jr., via ECF

Pursuant to that request, the Debtor[2] must provide the following documents: N/A

- A copy of the Debtor's two (2) most recent federal income tax returns;

- A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

- A copy of the Debtor's business three (3) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses; June 2025, July 2025 and August 2025.

- A copy of the mortgagee's completed financial worksheet;

- Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

Other (please specify):

Please be advised that PHH Mortgage Corporation as servicer for U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 (the "Creditor") designates the following person to be its Loss Mitigation

---

[1] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.
[2] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

contact:

Name: **Janet Jones Gorr**

Title: **Bankruptcy Loss Mitigation Paralegal**

Phone Number: N/A

Fax Number: **516-280-7674**

Email Address: jangorr@raslg.com

Please be advised that the Creditor designates the following person to be its attorney for Loss Mitigation on this Loan.

Name: **Suzanne Youssef, Esq.**

Firm: **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Phone Number: **516-280-7675**

Fax Number: **516-280-7674**

Email Address: syoussef@raslg.com

Dated: September 22, 2025

                                                                          */s/ Suzanne Youssef*