

LAW OFFICES
# Stern & Eisenberg, PC
*www.sterneisenberg.com*

20 Commerce Drive, Suite 230
Cranford, NJ 07016
and
1131 Route 55, Suite 1
Lagrangeville, NY 12540
Phone: (732) 582-6344
Facsimile: (732) 726-8719
Telephone: (516) 630-0288
Facsimile: (732) 726-8719

November 12, 2025

Honorable Judge Cecelia G. Morris
United States Bankruptcy Court – NYSD
300 Quarropas Street
Room 147
White Plains, NY 10601

    Re:    Wachiraporn Najaroen
    Case Number:    25-22108-cgm
    Subject:    **Status Report of Loss Mitigation between Debtor and Creditor**

Dear Judge Morris,

Our office represents Real Time Resolutions, Inc. as servicer for Real Time Resolutions, Inc. as agent for RRA CP OPPORTUNITY TRUST 1 ("Creditor") in the above-referenced loss mitigation proceedings. Please accept this letter as an update on the status of Creditor's loss mitigation review.

Debtor's Counsel was sent a Missing Documents request on September 24, 2025. As of November 6, 2025, Debtor has not provided the missing documents. Creditor requests this Honorable Court to terminate Loss Mitigation, effective immediately.

Please do not hesitate to contact our office with any questions.

Sincerely,

/s/ *Steven K. Eisenberg*
Steven K. Eisenberg, Esq.
STERN & EISENBERG, PC