

**Sara Z. Boriskin, Esquire**
**Managing Partner, New York Office**

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

* Deceased
**Not Admitted to Practice in New York

November 13, 2025

Hon. David S Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

| | |
|---|---|
| **In Re:** | **Wachiraporn Najaroen** |
| **Case No.:** | **25-22108-dsj** |
| **Chapter:** | **13** |
| **Property Address:** | **42 Snow Drop Drive, New City, NY 10956** |

Dear Judge Jones,

       This firm represents PHH Mortgage Corporation ("PHH") as Servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1, a secured creditor of the above-named Debtor. On August 8, 2025, a Loss Mitigation Order [Doc No. 38] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for November 19, 2025 at 9:00 AM.

       On September 22, 2025, a blank Loss Mitigation package was emailed to Debtor's Counsel. No documents were received. On November 5, 2025, a duplicate Loss Mitigation package was emailed to Debtor's Counsel. To date, we have not received any submission or response from debtor's counsel.

       We would also note for the court that this loan was previously reviewed and denied within the past year. On or about June 2, 2025, PHH had previously issued a Loan Modification denial based on the lowest payment exceeding the current payment by more than twenty-five percent (25%).

       Thank you for your consideration of this matter. Please do not hesitate to contact me with any questions or concerns.

Respectfully,

*/s/ Suzanne Youssef*
Suzanne Youssef, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
syoussef@raslg.com

cc:   H. Bruce Bronson, Jr., Esq. (via ECF) email: ecf@bronsonlaw.net