

LAW OFFICES

# Stern & Eisenberg, PC

*www.sterneisenberg.com*

20 Commerce Drive, Suite 230
Cranford, NJ 07016
and
1131 Route 55, Suite 1
Lagrangeville, NY 12540
Phone: (732) 582-6344
Facsimile: (732) 726-8719
Telephone: (516) 630-0288
Facsimile: (732) 726-8719

April 28, 2026

Honorable Judge Kyu Y. Paek
United States Bankruptcy Court – NYSD
300 Quarropas Street
Room 147
White Plains, NY 10601

|  |  |
|---|---|
| Re: | Wachiraporn Najaroen |
| Case Number: | 25-22108-kyp |
| Subject: | **Status Report of Loss Mitigation between Debtor and Creditor** |

Dear Judge Paek,

Our office represents Real Time Resolutions, Inc. as agent for RRA CP OPPORTUNITY TRUST 1 ("Creditor") in the above-referenced loss mitigation proceedings.  Please accept this letter as an update on the status of Creditor's loss mitigation review.

Debtor's Counsel was provided with loss mitigation options based on a valuation of the property in the amount of $1,131,650.00 and a primary mortgage balance of $753,662.47.  After a review of Debtor's loss mitigation application, it was determined that Debtor was eligible for either (1) a short sale of the Property or (2) a resolution amount to be paid in the amount of $17,615.21, which represents a 1.00% reduction in the payoff balance.  Debtor has until May 16, 2026 to accept the available options.

Please do not hesitate to contact our office with any questions.

Sincerely,

*/s/ Steven K. Eisenberg*
Steven K. Eisenberg, Esq.
STERN & EISENBERG, PC