

**ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC**
L A W   O F F I C E S

**Sara Z. Boriskin, Esquire**
**Managing Partner, New York Office**

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

**\* Deceased**
**\*\*Not Admitted to Practice in New York**

April 30, 2026

Hon. David S Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

|  |  |
|---|---|
| **In Re:** | **Wachiraporn Najaroen** |
| **Case No.:** | **25-22108-dsj** |
| **Chapter:** | **13** |
| **Property Address:** | **42 Snow Drop Drive, New City, NY 10956** |

Dear Judge Jones,

This firm represents Onity Mortgage Corporation f/k/a PHH Mortgage Corporation ("Onity") as Servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1, a secured creditor of the above-named Debtor. On August 8, 2025, a Loss Mitigation Order [Doc No. 38] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for May 5, 2026 at 10:00 AM.

On September 22, 2025, a blank Loss Mitigation package was emailed to Debtor's Counsel. No documents were received.  On November 5, 2025, a duplicate Loss Mitigation package was emailed to Debtor's Counsel.  On November 18, 2025, Debtor's counsel provided a loss mitigation package for review.

On February 9, 2026, my office advised Debtor's counsel that the following supporting documentation is needed  to complete the review:

- **Complete and sign the enclosed Request for Workout Option Form**

- **Provide a copy of the 2 most recent IRS Tax Returns and signed Form 4506-T (Request for Transcript of Tax Return)**

- **Provide 2 most recent Bank Statements (all accounts)**

- **Provide required Hardship documentation. This documentation will be used to verify your hardship**

- **Provide required Income documentation. This documentation will be used to verify your hardship and all of your income (including any alimony or child support that you choose to disclose and rely upon to qualify)**

On February 26, 2026, Debtor's Counsel provided additional documents.  The package remains under review at this time.

Secured Creditor would respectfully note for the Court that this loan was previously reviewed and denied for modification within the past year.  On or about June 2, 2025, PHH issued a Loan Modification denial based on the lowest payment exceeding the current payment by more than twenty-five percent (25%).

Thank you for the Court's kind  consideration of this matter.

Respectfully,

*/s/  Suzanne Youssef*
Suzanne Youssef, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
syoussef@raslg.com

cc:    H. Bruce Bronson, Jr., Esq. (via ECF) email: ecf@bronsonlaw.net