RAS
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
LAW OFFICES

**Sara Z. Boriskin, Esquire**
**Managing Partner, New York Office**

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
www.raslegalgroup.com

**James Robertson, Esquire**
(1943 – 2019)
**Everett Anschutz, Esquire**
(1942 - 2025)
**David J. Schneid, Esquire**
Member of Florida Bar
**John T. Crane, Esquire**
Member of Texas Bar

September 15, 2026

Hon. David S Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

| | |
|---|---|
| **In Re:** | **Wachiraporn Najaroen** |
| **Case No.:** | **25-22108-dsj** |
| **Chapter:** | **13** |
| **Property Address:** | **42 Snow Drop Drive, New City, NY 10956** |

Dear Judge Jones,

This firm represents NewRez LLC d/b/a Shellpoint Mortgage Servicing (Shellpoint) as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007- AR1, a secured creditor of the above-named Debtor. On August 8, 2025, a Loss Mitigation Order [Doc No. 38] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for **September 16, 2026 at 10:00 AM.**

The loan recently service transferred to Shellpoint on or about August 10, 2026. Debtor's counsel has been advised of the service transfer and a blank application was provided for the Debtor to complete. Secured Creditor respectfully requests an adjournment for loss mitigation to proceed with the new servicer.

Thank you for the Court's kind consideration of this matter.

Respectfully,

***/s/ Suzanne Youssef***
Suzanne Youssef, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
syoussef@raslg.com

*cc:* *H. Bruce Bronson, Jr., Esq. (via ECF)*
*Thomas C. Frost, Chapter 13 Standing Trustee (via ECF).*